IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHAD SWANSON,

    Plaintiff,                    No. CIV S-09-3245 EFB P

    vs.

MICHAEL MARTEL, et al.,

    Defendants.             ORDER

        Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1) and is before the undersigned pursuant to plaintiff's consent. *See* 28 U.S.C. § 636; *see also* E.D. Cal. Local Rules, Appx. A, at (k)(4).

        On November 15, 2010, the court dismissed plaintiff's second amended complaint for failure to state a claim, but granted plaintiff leave to amend his claims against defendants Naseer and Akintola. The dismissal order explained the complaint's deficiencies, gave plaintiff 30 days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in this action be dismissed. On December 14, 2010, plaintiff filed a motion for reconsideration of the November 15, 2010 order. On January 5, 2011, the court denied plaintiff's motion for reconsideration, but granted plaintiff an additional 30 days

1  to file an amended complaint.  The court again warned plaintiff that failure to file an amended
2  complaint in accordance with the November 15, 2010 order could result in dismissal.
3       The 30-day period has expired and plaintiff has not filed an amended complaint or
4  otherwise responded to the court's order.
5       Accordingly, it is hereby ORDERED that this action is dismissed for failure to state a
6  claim.  28 U.S.C. § 1915A; 28 U.S.C. § 1915(g).
7  DATED:  March 15, 2011.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE